**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Christopher Bradley CHASE,**
**Defendant-Appellant.**

**No. 16-30136**

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 20, 2017

Zeno Benjamin Baucus, Leif Johnson, Assistant U.S. Attorney, Office of the US Attorney, Billings, MT, for Plaintiff-Appellee

Gillian Elissa Gosch, Assistant Federal Public Defender, FDMT—Federal Defenders of Montana (Billings), Billings, MT, for Defendant-Appellant

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Accordingly, Chase's request for oral argument is denied.

MEMORANDUM **

Christopher Bradley Chase appeals from the district court's judgment and challenges the 32-month sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Chase contends that his sentence is substantively unreasonable in light of his pre-sentencing rehabilitation and the minimal risk he believes he poses to the public in view of his recovery. The court did not abuse its discretion in imposing Chase's sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The court varied downward 14 months to account for Chase's mitigating circumstances. The below-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including the number and nature of the guns Chase obtained and the other circumstances of the offense. *See Gall*, 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

